ORIGINAL

FILED

FEB 5 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

    Plaintiff(s),

v.

ROCKY BATISTA,

    Defendant(s).
_____/

No. 3:15-70262 MEJ

**ORDER FOR RELEASE FROM FEDERAL CUSTODY**

The defendant(s) having appeared before the undersigned Magistrate on 03/05/2015, and upon good showing, **IT IS HEREBY ORDERED** that the U.S. Marshal and/or representatives, release from federal custody the above-named **Defendant Rocky Batista**. The defendant is to be released forthwith.

Dated: March 5, 2015

MARIA-ELENA JAMES
United States Magistrate Judge